# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY PORTER,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,

    Defendants.

Case No. 2:11-CV-00527-KJD -RJJ

**ORDER**

    Before the Court is the Motion for Dismiss for Failure to Serve (#4) of Defendant Federal National Mortgage Association. No opposition has been filed.

    Plaintiff Randy Porter filed his Complaint with the Court on April 8, 2011. Mr. Porter has not served Defendant. Fed. R. Civ. P 4(m) requires that the Court dismiss this action if service is not accomplished within 120 days after the complaint is filed.

    Accordingly, the Court dismisses Plaintiff's complaint without prejudice for failure to serve the summons and complaint in accordance with the Court's order and in compliance with Fed. R. of Civ. P. 4(m).

**IT IS SO ORDERED.**

    DATED this 23rd day of January 2012.

                                                   _____
                                                   Kent J. Dawson
                                                 United States District Judge